UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHLEEN YARBROUGH,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV-09-00239-CI<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

    BEFORE THE COURT is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 9.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

    1.   The parties' stipulated Motion for Remand **(Ct. Rec. 9)** is **GRANTED**. The captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) give further consideration to lay witness statements and testimony, including statements from Plaintiff's daughter, Dae Angela Stidom; (2) give further consideration to Plaintiff's subjective complaints; (3) reevaluate Plaintiff's maximum residual functional capacity; (4)

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

obtain vocational expert evidence as necessary and appropriate; and (5) complete the sequential evaluation process. The ALJ will associate the claim files of subsequently filed claims for disability benefits and supplemental security income and issue a new decision that includes the associated claims.

    2.    Judgment shall be entered for the **PLAINTIFF**.

    3.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 9, 2009.

                      S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2